UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 1705-63 N. American Street, LP.<br><br>*Plaintiff,*<br><br>v.<br><br>Schindler Elevator Corp.<br><br>*Defendants.* | Case No. 2:25-cv-04962-GAW |

### ORDER

AND NOW, this 14th day of October, 2025, upon consideration of Defendant's Motion to Dismiss (Dkt. #6) and Plaintiff's Opposition thereto, it is hereby ORDERED that the Motion is GRANTED, IN PART. Count III (Negligence) is dismissed WITHOUT PREJUDICE. Count IV (Declaratory Judgment) is dismissed WITH PREJUDICE. The motion is DENIED as to all other counts. Defendant is directed to answer the remaining allegations of the Complaint within 14 days of this order.

BY THE COURT:

_____
GAIL WEILHEIMER        J.

1